FILED
06 OCT 30 AM 8:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PTL  DEPUTY

1  JOHN L. VIOLA, CA BAR NO. 131407
   THELEN REID & PRIEST LLP
2  333 South Hope Street, Suite 2900
   Los Angeles, CA 90071-3048
3  Tel. 213.576.8000
   Fax 213.576.8080
4
   Attorneys for Plaintiff
5  NATIONWIDE LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| NATIONWIDE LIFE INSURANCE COMPANY, | Case No.: 06 CV 1143 BEN LSP |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |
| vs. | |
| RONALD V. HUTCHISON, et al., | |
| Defendants. | |

The parties to this action, by and through their respective attorneys of record, hereby stipulate as follows:

1. This action shall be dismissed, without prejudice;

2. Plaintiff Nationwide Life Insurance Company ("Nationwide") will file an interpleader action in the San Diego Superior Court regarding the issues, and seeking the relief, set forth in the Complaint in this action;

///

///

///

3.  Defendants' attorneys will accept service of process of the Summons and Complaint in such action on behalf of their respective clients; and,

4.  After Nationwide files the interpleader action in San Diego Superior Court, the parties will stipulate to consolidate that action with *In the Administration of: The Hutchison Family Trust dated February 21, 1997*, Case No. PN 29233, pending in San Diego Superior Court, North County Division.

Dated: October 24, 2006

JOHN L. VIOLA
THELEN REID & PRIEST LLP

By: /s/ John L. Viola
John L. Viola
Attorneys for Plaintiff
NATIONWIDE LIFE INSURANCE COMPANY

Dated: October __, 2006

BORIS SIEGEL
SIEGEL & WOLENSKY LLP

By: _____
Boris Siegel
Attorneys for Defendant
RONALD HUTCHISON

Dated: October __, 2006

BRYAN W. PEASE

By: _____
Bryan W. Pease
Attorneys for Defendants
GARY A. HUTCHISON and DEBORAH BUTREE

3. Defendants' attorneys will accept service of process of the Summons and Complaint in such action on behalf of their respective clients; and,

4. After Nationwide files the interpleader action in San Diego Superior Court, the parties will stipulate to consolidate that action with *In the Administration of: The Hutchison Family Trust dated February 21, 1997*, Case No. PN 29233, pending in San Diego Superior Court, North County Division.

Dated: October __, 2006

JOHN L. VIOLA
THELEN REID & PRIEST LLP

By: _____
John L. Viola
Attorneys for Plaintiff
NATIONWIDE LIFE INSURANCE COMPANY

Dated: October 24, 2006

BORIS SIEGEL
SIEGEL & WOLENSKY LLP

By: /s/ Boris Siegel
Boris Siegel
Attorneys for Defendant
RONALD HUTCHISON

Dated: October __, 2006

BRYAN W. PEASE

By: _____
Bryan W. Pease
Attorneys for Defendants
GARY A. HUTCHISON and DEBORAH BUTREE

ATTORNEYS AT LAW
LA #419277 v1
-2-
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON

10/09/2006 13:31 FAX                                                              ☒002

Oct-09-06   12:48pm   From-THELEN REID & PRIEST LLP        +2135768090        T-779   P.004/006   F-383

3.  Defendants' attorneys will accept service of process of the Summons and Complaint in such action on behalf of their respective clients; and,

4.  After Nationwide files the interpleader action in San Diego Superior Court, the parties will stipulate to consolidate that action with *In the Administration of: The Hutchison Family Trust dated February 21, 1997*, Case No. PN 29233, pending in San Diego Superior Court, North County Division.

Dated: October ___, 2006

JOHN L. VIOLA
THELEN REID & PRIEST LLP

By: _____
John L. Viola
Attorneys for Plaintiff
NATIONWIDE LIFE INSURANCE COMPANY

Dated: October ___, 2006

BORIS SIEGEL
SIEGEL & WOLENSKY LLP

By: _____
Boris Siegel
Attorneys for Defendant
RONALD HUTCHISON

Dated: October 7, 2006

BRYAN W. PEASE

By: _____
Bryan W. Pease
Attorneys for Defendants
GARY A. HUTCHISON ~~and DEBORAH BUTREE~~

## ORDER

IT IS HEREBY ORDERED that this action be and hereby is dismissed, without prejudice.

Dated: October 26, 2006

_____
United States Magistrate Judge

*Nationwide vs. Hutchison, et al.*

## CERTIFICATE OF SERVICE BY MAIL

CASE NO. 06 CV-1143 BEN LSP

I am over the age of 18 and not a party to the within action. I am employed in the County of Los Angeles, State of California by Thelen Reid & Priest LLP. My business address is 333 South Hope Street, Suite 2900, Los Angeles, California 90071-3048.

On October 24, 2006, I served the following entitled document:

**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON**

by placing true and correct copies thereof in sealed envelopes addressed as follows:

Boris Siegel, Esq.
Siegel & Wolensky LLP
380 S. Melrose Drive, Suite 209
Vista, California 92081
Telephone: 760.643.4166
Facsimile: 760.643.4188

*Attorneys for Ronald V. Hutchison*

Gary S. Plavnick, Esq.
185 West F Street, Suite 100
San Diego, California 92101

Bryan W. Pease
3707 5th Avenue, #404
San Diego, California 92103
Telephone: 619.723.0369
Facsimile: 619.923.1001

*Attorneys for Gary A. Hutchison and Deborah Butree*

Mitch Wallis
3657 Vermont Street
San Diego, California 92103
Telephone: 619.295.5475
Facsimile: 619.295.5955

*Attorneys for Gary A. Hutchison and Deborah Butree*

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 24, 2006, at Los Angeles, California.

Tonya M. Langley

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

LA #415177 v1

-1-

CERTIFICATE OF SERVICE BY MAIL